UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-62392-CIV-DAMIAN

**JAMIL HINDI**, individually and on behalf
all others similarly situated,

    Plaintiff,

v.

**VANGUARD EQUITIES, LLC**,

    Defendant.
_____/

## ORDER TO PERFECT SERVICE OF PROCESS

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Federal Rule of Civil Procedure 4(m) requires service of a summons and complaint to be perfected upon a defendant within ninety (90) days after the filing of the complaint. *See* Fed. R. Civ. P. 4(m). Plaintiff filed a Complaint on December 19, 2024 [ECF No. 1], and to date, there is no indication in the court file that Defendant has been served with the Summons and Complaint. It is therefore

**ORDERED** that on or before **March 19, 2025**, Plaintiff shall perfect service upon Defendant or show cause why this action should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by March 19, 2025, will result in a dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 11th day of March, 2025.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE