# RETURN OF SERVICE
## United States District Court
## Southern District of Florida

Case Number: 24-CV-62392-MD

Plaintiff:
**Jamil Hindi, individually and on behalf of all those similarly situated**

vs.

Defendant:
**Vanguard Equities, LLC**

For:
Jibrael Hindi
The Law Offices of Jibrael S. Hindi, PLLC [FL]
jibrael@jibraellaw.com
110 SE 6th Street, 17th Floor
Ft. Lauderdale, FL 33301

Received by All Broward Process Corp on the 20th day of December, 2024 at 5:21 pm to be served on **Vanguard Equities, LLC, 1736 E 2nd Street, Brooklyn, NY 11223**.

I, Court Support, being duly sworn, depose and say that on the **13th day of January, 2025** at **3:57 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action; Civil Cover Sheet; Class Action Complaint** with the date and hour of service endorsed thereon by me, to: **Joseph Hazan** as **authorized person** for **Vanguard Equities, LLC**, at the alternate address of: **1736 E 2nd Street, #B, Brooklyn, NY 11223**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
1/10/2025 9:32 am  01/08/2025 4:14 PM 1736 EAST 2ND STREET, APT. A, BROOKLYN, NY 11223 PARTIES AT THIS LOCATION REFUSE TO OPEN DOOR. STATE THE BUSINESS IS UNKNOWN.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing Return of Service and that the facts stated are true. Notary not required pursuant to F.S. 92.525(2). Electronically signed in accordance with FSS 48.21(1).

Subscribed and Sworn to before me on the 16 day of January, 2025 by the affiant who is personally known to me or appeared by means of physical presence or online notarization.

NOTARY PUBLIC

STEPHANIE GALLIGAN
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 20__

**Court Support**
Process Server

All Broward Process Corp
701 N Fig Tree Lane
Plantation, FL 33317
(954) 214-5194

Our Job Serial Number: BPC-2024006337

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b

1494113