UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-62392-CIV-DAMIAN

**JAMIL HINDI**,

      Plaintiff,

vs.

**VANGUARD EQUITIES, LLC,**

      Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice [ECF No. 8], filed April 2, 2025. The Court notes Defendant has not yet filed an answer or a motion for summary judgment.

THE COURT having reviewed the Notice and being fully advised, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and (B), it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE** in accordance with Plaintiff's Notice. The case shall remain marked as **CLOSED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 3rd day of April, 2025.

                                                                           **MELISSA DAMIAN**
                                                                           **UNITED STATES DISTRICT JUDGE**